UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN A. BONNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-06939 |
| | ) |
| COMMUNITY SERVICE OPTIONS, INC., | ) Magistrate Judge Valdez |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. Both parties agree that this dismissal with prejudice operates as an adjudication on the merits for all purposes and with full preclusive effect. Each party agrees to bear his/its own costs and expenses.

    /s/ Margherita M. Albarello
Margherita M. Albarello, Esq.
One of the attorneys for Plaintiff

Margherita M. Albarello, Esq.
ARDC# 6187374
malbarello@dimontelaw.com
Di Monte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
Fax: (847) 698-9624

    /s/ Steven M. Levy
Steven M. Levy, Esq.
One of the attorneys for Defendant
266 Rutledge Street
Gary, Indiana 46401
(219) 882-1077

1

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via the Court's electronic filing system upon:

Steven M. Levy, Esq.
266 Rutledge Street
Gary, Indiana 46401
(219) 882-1077
slevylawoffice@comast.net

*Attorney for Defendant*

this 14th day of August, 2012.

By:    /s/   Margherita M. Albarello
Margherita M. Albarello, Esq.
One of attorneys for Plaintiff
