UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN A. BONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:11-cv-06939 |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| COMMUNITY SERVICE OPTION, INC., | ) | |
| | ) | |
| Defendant. | | |

### NOTICE OF FILING

To: Steven M. Levy, Esq.
266 Rutledge Street
Gary, Indiana 46404

**PLEASE TAKE NOTICE** that on the 21st day of March, 2012, there will be electronically file with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, 60604, the **Joint Stipulation of Dismissal with Prejudice**, a copy of which is hereby served upon you.

Dated: August 14, 2012                                Respectfully submitted,

                                        By:    /s/ Margherita M. Albarello
                                                Margherita M. Albarello, Esq.
                                                One of the attorneys for Plaintiff


Margherita M. Alabrello, Esq.
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600
Fax: (847) 698-9624
e-mail: malbarello@dimontelaw.com
ARDC #6187374

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that by 5:00 p.m., on the 14tht day of August, 2012, she served electronically to the parties involved of record listed above, a copy of the **Joint Stipulation of Dismissal with Prejudice**, and Notice thereto.

Dated: August 14, 2012               Respectfully submitted,

                  By:  /s/ Margherita M. Albarello
                      Margherita M. Albarello, Esq.
                      One of the attorneys for Plaintiff