# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6939 | **DATE** | 8/14/2012 |
| **CASE TITLE** | Bonner vs. Community Service Options Inc | | |

**DOCKET ENTRY TEXT**

This matter is hereby dismissed with prejudice with each party agreeing to bear his/its own costs and expenses pursuant to parties stipulation of dismissal [43]. Status hearing set for 8/16/12 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | yp |
|---|---|---|